**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**FRANK LOPEZ, JR,**

**Petitioner,**

**v.** **Case No. 26-CV-1995**

**BRIAN CAHAK,**

**Respondent.**

## ORDER ON THE PETITION FOR A WRIT OF HABEAS CORPUS

Frank Lopez, Jr., who is incarcerated pursuant to the judgment of a Wisconsin Circuit Court, filed a petition for a writ of habeas corpus. He filed a motion for leave to use his release account to pay the filing fee (ECF No. 3) and for leave to proceed without prepayment of the filing fee (ECF No. 5).

Lopez's motion for leave to use his release account to pay the filing fee (ECF No. 3) is **DENIED.** Unlike a traditional civil action that is subject to the Prison Litigation Reform Act, a federal court has no authority to order state officials to allow a prisoner to access his release account to pay the filing fee for a habeas petition. *Riker v. Boughton*, No. 16-cv-446-pp, 2020 U.S. Dist. LEXIS 107305, at *3 (E.D. Wis. June 18, 2020) (quoting *Saddler v. Hewitt*, No. 19-cv-81-jdp, 2019 U.S. Dist. LEXIS 151987, 2019 WL 4242483, at *5 (W.D. Wis. Sept. 6, 2019)); *Greene v. Pollard*, No. 08-cv-0623-slc, 2008 U.S. Dist. LEXIS 88821, at *1-2 (W.D. Wis. Oct. 28, 2008); *see*

*also Little v. Foster*, No. 16-CV-805-JPS, 2017 U.S. Dist. LEXIS 160769, at *2-5 (E.D. Wis. Sep. 29, 2017).

Lopez's motion to proceed without prepayment of the filing fee (ECF No. 5) is likewise **DENIED**. The trust account statement that Lopez provided states that as of September 30, 2026 (the last date provided), he had $70.30 available in his regular trust account. (ECF No. 6 at 11.) Thus, he has assets sufficient to pay the $5.00 filing fee in this action. Lopez shall pay the $5.00 filing fee within **28 days** of this order. **Failure to timely pay the filing fee will result in the court dismissing this action without prejudice**.

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 12th day of November, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
U.S. District Judge